An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL SURINDER SINGH DHALIWAL,
Appellant,
vs.
PARVINDER KAUR DHALIWAL,
Respondent.

No. 63276

**FILED**

JUN 2 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK



### ORDER DISMISSING APPEAL

On May 28, 2013, this matter was docketed without payment of the requisite filing fee. On that same day, this court issued a notice directing appellant to pay the filing fee within 10 days. The notice further advised that failure to pay the fee within 10 days would result in the dismissal of this matter. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Maui Y Lma_

cc: Hon. William S. Potter, District Judge, Family Court Division
Paul Surinder Singh Dhaliwal
Parvinder Kaur Dhaliwal
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13 - 18745